UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHE AVRAMHAM, also known as
MARVIN ARNOLD POLLACK,

                Plaintiff,

-against-

NYS OMH, et al.,

                Defendants.

20-CV-9382 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued December 11, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 11, 2020
          New York, New York

                                                    LOUIS L. STANTON
                                                       U.S.D.J.